**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: Z.P., A MINOR | : | No. 432 WAL 2016 |
| | : | |
| | : | |
| PETITION OF: L.P. AND J.P., NATURAL PARENTS | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.